BEFORE THE SECOND DIVISION, JULY 22, 1959

**No. 63271.**—Morey Machinery Company, Inc. v. United States, protest 258077–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of speed control devices the same in all material respects as those the subject of *Vandegrift Forwarding Co., Inc.* v. *United States* (39 Cust. Ct. 114, C.D. 1915), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 30, 1959

**No. 63272.**—Salentine and Company, Inc. v. United States, protest 199200–K (Milwaukee).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of copper rods similar in all material respects to those the subject of *H. J. Van Der Ryn, Inc., et al.* v. *United States* (40 Cust. Ct. 90, C.D. 1964), the claim of the plaintiff was sustained.

JULY 28, 1959

**No. 63273.**—Servicised Products Corporation v. United States, protests 58/15868 and 58/15869.— Plaintiff's application for rehearing granted.